## METCALF V. COBB.

(Decided June 10, 1913.)

APPEAL from Geneva Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. W. O. MULKEY, for appellee.

Per curiam. Affirmed for want of assignment of errors.

---

## METROPOLITAN LIFE INS. CO. V. GERST.

(Decided June 5, 1913.)

APPEAL from Gadsden City Court.

Heard before Hon. JOHN H. DISQUE.

No counsel marked for either party.

Per curiam. Appeal dismissed.

---

## MIMS V. THE STATE.

(Decided April 17, 1913.)

APPEAL from Coosa Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## MITCHELL & CO. V. MAYFIELD WOOLEN MILLS COMPANY.

(Decided June 5, 1913.)

APPEAL from Coosa Circuit Court.

Heard before Hon. S. L. BREWER.

GEORGE A. SORRELL, for appellant. TYSON, WILSON & MARTIN, for appellee.

Per curiam. Appeal dismissed.